UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| | ) | |
| IN RE:  PRADAXA (DABIGATRAN | ) | 3:12-md-02385-DRH |
| ETEXILATE) PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | MDL No. 2385 |
| | ) | |

**This Document Relates To:**

The **Member Actions** Subject to the NOTICE of Settlement *of Stipulation of Dismissal with Prejudice of Settled Actions* (**MDL 2385 Doc. 621**) and Identified in Exhibit 1 Attached Thereto (**MDL 2385 Doc. 621-1**)

<u>**JUDGMENT IN A CIVIL CASE**</u>

   **DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

   **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on January 23, 2015, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT


BY:   /s/*Cheryl A. Ritter*
                 **Deputy Clerk**

**Dated:**  February 2, 2015

David R.
Herndon
2015.02.02
09:42:57 -06'00'

**APPROVED:**
         **DISTRICT JUDGE**
         **U. S. DISTRICT COURT**